Clifford P. Bendau, II (State Bar #030204)
Christopher J. Bendau (State Bar #032981)
THE BENDAU LAW FIRM PLLC
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
         chris@bendaulaw.com

*Attorneys for Plaintiffs*

Adam C. Anderson (State Bar #024314)
ANDERSON BANTA CLARKSON PLLC
48 N. MacDonald
Mesa, AZ 85201
Telephone: (480) 788-3053
E-mail: aanderson@abclawgroup.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **William J. Litzendorf**, <br><br>Plaintiff,<br><br>vs.<br><br>**Property Maintenance Solutions, LLC,** et al.<br><br>Defendants. | No. 2:16-CV-00271-SMM<br><br>**NOTICE OF SETTLEMENT AND STIPULATED MOTION TO VACATE FINAL PRETRIAL CONFERENCE** |

The parties, by and through their undersigned counsel, hereby jointly submit this Notice of Settlement to notify the Court that the parties have reached an agreement to settle this matter and are currently in the process of drafting and finalizing a formal settlement document. Pursuant to that settlement, the parties also request that that Court vacate the Case Management Conference currently set for Wednesday, February 13, 2018 and all pending deadlines. The parties will promptly file a Joint Motion for Approval of FLSA Settlement.

RESPECTFULLY SUBMITTED this 24th day of January, 2018.

                THE BENDAU LAW FIRM PLLC

                /s/ *Christopher J. Bendau*
                Christopher J. Bendau
                Attorney for Plaintiffs


                ANDERSON BANTA CLARKSON PLLC

                /s/ *Adam C. Anderson (with permission)*
                Adam C. Anderson
                Attorney for Defendants

**Certificate of Service**

I certify that on this 24th day of January, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties of record.

/s/*Christopher J. Bendau*