# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William J. Litzendorf, | No. CV-16-00271-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Property Maintenance Solutions LLC, et al., | |
| Defendants. | |

The Court having reviewed the Parties' Joint Motion for FLSA Settlement Approval and Dismissal with Prejudice (Doc. 73), and good cause appearing,

**IT IS HEREBY ORDERED** approving the Motion and dismissing this matter with prejudice.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction for the purposes of interpreting, implementing, and enforcing the Parties' Settlement Agreement and all orders and judgments entered in connection with it.

Dated this 27th day of February, 2018.

Honorable G. Murray Snow
United States District Judge